# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————————

Case No. 6D2023-4036
Lower Tribunal No. 20-DR-004488

———————————————————

OLOUDE JEAN-FRANCOIS,

Appellant

v.

MARK BEVANS,

Appellee.

———————————————————

Appeal from the Circuit Court for Lee County.
Elisabeth Adams, Judge.

January 27, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, WHITE and GANNAM, JJ., concur.


Andrea Bateman, Winter Park, for Appellant.

Joseph Cerino, Fort Myers, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED